IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAVERNE THOMAS

    Plaintiff,

v.                                                                     Case No. 3:04cv463/MCR/EMT

TRANSTECS CORPORATION,

    Defendant.
_____/

## ORDER OF DISMISSAL

    This cause is before the court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice. (Doc. 18). Upon consideration of the foregoing, the above-entitled action is **DISMISSED** with prejudice. The Clerk is directed to close the case in its entirety for all purposes.

    **ORDERED** on this 3rd day of June, 2005.

                                                      s/ *M. Casey Rodgers*

                                                      **M. CASEY RODGERS**
                                                      **United States District Judge**